UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case Type: Other Civil
Court File No. 02-472 JRT/FLN

Minh Phung,

Plaintiff,

v.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

TIW, Inc. d/b/a Richfield Bloomington Honda

Defendant.

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that Plaintiff's Complaint and any Counterclaims of Defendants may be and hereby are dismissed with prejudice, and without costs, disbursements or attorneys fees to any party, and the Court may so Order.

FILED OCT 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 3, 2002

**WARNER LAW OFFICE, P.A.**

By [signature]

Daniel E. Warner, Esq.
Attorney Reg. No. 15295X
3445 Washington Drive
Suite 204
Eagan, MN 55122-1340
(612) 452-8224

*Attorney for Plaintiff*

Dated: October 7, 2002

**DRAWE & HEISICK**

By: [signature]

Michael L. Oja
Attorney Reg. No. 0298943
7701 France Ave. South
Suite 400
Minneapolis, MN 55435
(952) 841-2130

*Attorneys for Defendant*

**ORDER FOR JUDGMENT OF DISMISSAL**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the above entitled matter is dismissed with prejudice, without costs, disbursements or attorneys fees to any party.

Dated this 12th day of October, 2002.

**BY THE COURT**

John R. Tunheim

Hon. John R. Tunheim
U.S. District Court Judge